UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:23 CR 11-KDB |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violations: |
| ) | 21 USC § 841(a)(1) |
| ) | 18 USC § 924(c)(1)(A) |
| KADEEM JAMAL ALBRIGHT ) | 18 USC § 922(g)(1) |
| a/k/a "Streetz" ) | 26 USC § 5861(d) |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Marijuana and Fentanyl)*

On or about December 27, 2022, in Catawba County, within the Western District of North Carolina,

**KADEEM JAMAL ALBRIGHT a/k/a "Streetz"**

did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance; and a quantity of fentanyl, a Schedule II controlled substance.

1. Said offense involved a mixture or substance containing a detectable amount of marijuana.

2. Said offense involved a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT TWO
*(Possession of Firearms in Furtherance of a Drug Trafficking Crime)*

On or about December 27, 2022, in Catawba County, within the Western District of North Carolina,

**KADEEM JAMAL ALBRIGHT a/k/a "Streetz"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, that being possession with intent to distribute controlled substances, did knowingly possess firearms, that being, a Smith & Wesson, Model M&P Shield, .40 cal. semi-automatic pistol and a .223 cal. semi-automatic rifle of unknown manufacture.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
*(Possession of Firearm by Felon)*

On or about December 27, 2022, in Catawba County, within the Western District of North Carolina,

**KADEEM JAMAL ALBRIGHT a/k/a "Streetz"**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that being, a Smith & Wesson, Model M&P Shield, .40 cal. semi-automatic pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
*(Possession of an Unregistered Firearm)*

On or about December 27, 2022, in Catawba County, within the Western District of North Carolina,

**KADEEM JAMAL ALBRIGHT a/k/a "Streetz"**

knowingly and unlawfully possessed a firearm, as defined in Title 26, United States Code, Section 5845, that is, a rifle with a barrel length of less than sixteen inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. $3,053 in United States currency seized during a vehicle stop of **KADEEM JAMAL ALBRIGHT a/k/a "Streetz"** in the vicinity of 19 1st Street NW in Hickory, North Carolina on December 27, 2022; and

b. a Smith & Wesson, Model M&P Shield, .40 cal. semi-automatic pistol and ammunition; and a .223 cal. semi-automatic rifle of unknown manufacture and ammunition seized during a vehicle stop of **KADEEM JAMAL ALBRIGHT a/k/a "Streetz"** in the vicinity of 19 1st Street NW in Hickory, North Carolina on December 27, 2022.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY