# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 5:23-CR- 11-KDB

If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME** : US vs Kadeem Jamal Albright a/k/a "Streetz"

**COUNTY OF OFFENSE** : CATAWBA

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ○ Petty  ○ Misdemeanor  ● Felony

21 U.S.C. § 841(a)(1) and (b)(1)(C)

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : Thomas Kent

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A